

AUG - 8 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Filogonio Reys Martiz DEFENDANT(S). | CASE NUMBER 2:18-mJ-2045-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _8/10/18_, ____, at _10:00_ ☒a.m. / ☐p.m. before the Honorable _J. Choolgian_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _8/8/18_         _____
                        U.S. District Judge/Magistrate Judge